**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** III    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number   See below.

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Name** Eamma Safi    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1987    SSN (last 4#): ____    Sex: M    Race _____    Nationality: Germany

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Ian Stearns    Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Dubai

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/22/2024    Signature of AUSA: /s/ Ian J. Stearns

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Eamma Safi

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 371 and 1349 | Conspiracy to commit securities fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78j(b) and 78ff(a), 17 C.F.R. 240.10b-5, 18 U.S.C. 1348 | Securities fraud | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 |
| Set 4 | 18 U.S.C. §§ 1956(a)(1)(B)(i), (a)(2)(B)(i) | Money laundering | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq.