# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 24cr10200 |
| EAMMA SAFI, | ) |
| a/k/a "TT," | ) |
| a/k/a "Yummy," | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EAMMA SAFI, a/k/a "TT," a/k/a "Yummy,"  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

-Conspiracy to Commit Securities Fraud (18 U.S.C. § 1349)
-Conspiracy to Commit Securities Fraud (18 U.S.C. § 371)
-Securities Fraud; Aiding and Abetting (18 U.S.C. §§ 1348 and 2)
-Securities Fraud; Aiding and Abetting (15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2)
-Money Laundering Conspiracy (18 U.S.C. § 1956(h))
-Money Laundering; Aiding and Abetting (18 U.S.C. §§ 1956(a)(1)(B)(i) and 2)

Date: 07/09/2024

*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ZHI GE,<br>a/k/a "Josh Ge,"<br>a/k/a "Josh Gez,"<br>a/k/a "Jay Gat,"<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 24cr10200 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ZHI GE, a/k/a "Josh Ge," a/k/a "Josh Gez," a/k/a "Jay Gat,"  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

-Conspiracy to Commit Securities Fraud (18 U.S.C. § 1349)
-Conspiracy to Commit Securities Fraud (18 U.S.C. § 371)
-Securities Fraud; Aiding and Abetting (18 U.S.C. §§ 1348 and 2)
-Securities Fraud; Aiding and Abetting (15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2)
-Money Laundering Conspiracy (18 U.S.C. § 1956(h))
-Money Laundering; Aiding and Abetting (18 U.S.C. §§ 1956(a)(1)(B)(i) and 2)

Date: 07/09/2024

*Issuing officer's signature*

City and state:  Boston, Massachusetts                Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*