UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EAMMA SAFI,<br><br>   a/k/a "TT,"<br><br>   a/k/a "Yummy,"<br><br>Defendant | 24-cr-10200-RGS |

## GOVERNMENT'S MOTION TO UNSEAL

Pursuant to Local Rule 7.2, the government respectfully moves to unseal the above-captioned case and docket, including the previously sealed indictment and complaint. The government respectfully submits that the sealing of these materials is no longer warranted because the defendant is in custody in the United States.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ *Ian J. Stearns*
   MEGHAN C. CLEARY
   IAN J. STEARNS
   Assistant United States Attorneys

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ *Ian J. Stearns* |
|  | IAN J. STEARNS |
| Dated: February 27, 2025 | Assistant United States Attorney |

2