AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>EAMMA SAFI,<br>a/k/a "TT,"<br>a/k/a "Yummy,"<br><br>*Defendant* | )<br>)   Case No.   24cr10200<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EAMMA SAFI, a/k/a "TT," a/k/a "Yummy,"                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

-Conspiracy to Commit Securities Fraud (18 U.S.C. § 1349)
-Conspiracy to Commit Securities Fraud (18 U.S.C. § 371)
-Securities Fraud; Aiding and Abetting (18 U.S.C. §§ 1348 and 2)
-Securities Fraud; Aiding and Abetting (15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2)
-Money Laundering Conspiracy (18 U.S.C. § 1956(h))
-Money Laundering; Aiding and Abetting (18 U.S.C. §§ 1956(a)(1)(B)(i) and 2)

Date:   07/09/2024                                              _____/s/ Jennifer C. Boal_____
                                                                                *Issuing officer's signature*

City and state:   Boston, Massachusetts                Hon. Jennifer C. Boal, U.S. Magistrate Judge
                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/09/24, and the person was arrested on *(date)* 02/26/25
at *(city and state)* Zurich, Switzerland.

Date:  02/28/25                                                  _____/s/ Thomas Cerbolotti_____
                                                                                *Arresting officer's signature*

                                                                                Thomas Cerbolotti   FBI
                                                                                *Printed name and title*