# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** I  **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. **X**   Case No. 24-cr-10200-RGS
Same Defendant ___   New Defendant **X**
Magistrate Judge Case Number ___
Search Warrant Case Number  See below.
R 20/R 40 from District of ___

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10301-RGS   ☑ Yes  ☐ No

Defendant Name: Samy Fadi Khouadja   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___
Address: ___

Birth date (Yr only): 1980   SSN (last 4#): ___   Sex: M   Race: ___   Nationality: France

**Defense Counsel if known:** ___   Address: ___
Bar Number: ___

**U.S. Attorney Information**
AUSA: Ian J. Stearns   Bar Number if applicable: 693374

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: ___

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___ .
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ___  on ___

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/4/2025   Signature of AUSA: /s/ Ian J. Stearns

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Samy Fadi Khouadja

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** Massachusetts | **Category No.** I    **Investigating Agency** FBI |
| **City** Boston | **Related Case Information:** |
| **County** Suffolk | Superseding Ind./ Inf. X    Case No. 24-cr-10200-RGS |
| | Same Defendant X    New Defendant |
| | Magistrate Judge Case Number |
| | Search Warrant Case Number |
| | R 20/R 40 from District of |

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10301-RGS    ☑ Yes ☐ No

Defendant Name: Eamma Safi    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "TT"; "Yummy"; "Situatie Packered"; "Roman Kna"

Address:

Birth date (Yr only): 1987    SSN (last 4#):    Sex: M    Race:    Nationality: Germany

**Defense Counsel if known:** Forest O'Neill-Greenberg    Address: 51 Sleeper Street, 5th Floor

Bar Number: 674760          Boston, MA 02210

**U.S. Attorney Information**

AUSA: Ian J. Stearns    Bar Number if applicable: 693374

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** Wyatt Detention Facility

**Arrest Date:** 06/26/2024

☑ Already in Federal Custody as of 02/27/2025 in Wyatt Detention Facility.
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/4/2025    Signature of AUSA: /s/ Ian J. Stearns

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Eamma Safi a/k/a "TT"; "Yummy" "Situatie Packered"; "Roman Kna"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 | Money Laundering; Aiding and Abetting | 6 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** I  **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. X   Case No. 24-cr-10200-RGS
Same Defendant X   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number  See below.
R 20/R 40 from District of

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10301-RGS   ☑ Yes  ☐ No

**Defendant Information:**
Defendant Name: Zhi Ge   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: "Josh Ge"; "Josh Gez"; "Jay Gat"
Address:
Birth date (Yr only): 1991   SSN (last 4#):    Sex: M   Race:    Nationality: Singapore

**Defense Counsel if known:**    Address:
Bar Number:

**U.S. Attorney Information**
AUSA: Ian J. Stearns   Bar Number if applicable: 693374

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect:

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** Singapore
**Arrest Date:** 07/03/2024

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/4/2025   Signature of AUSA: */s/ Ian J. Stearns*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Zhi Ge a/k/a "Josh Ge"; "Josh Gez"; 'Jay Gat"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2 | Money Laundering; Aiding and Abetting | 6 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** I  **Investigating Agency** FBI
**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf.  X   Case No. 24-cr-10200-RGS
Same Defendant ___   New Defendant  X
Magistrate Judge Case Number ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10301-RGS   [✓] Yes  [ ] No

Defendant Name: Christophe Dong   Juvenile: [ ] Yes  [✓] No
Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No
Alias Name: ___
Address: ___
Birth date (Yr only): 1984   SSN (last 4#): ___   Sex: M   Race: ___   Nationality: France

**Defense Counsel if known:** ___   Address: ___
Bar Number: ___

**U.S. Attorney Information**
AUSA: Ian J. Stearns   Bar Number if applicable: 693374

**Interpreter:** [ ] Yes  [✓] No   List language and/or dialect: ___

**Victims:** [✓] Yes  [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [✓] Yes  [ ] No

**Matter to be SEALED:** [✓] Yes  [ ] No

[✓] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:** ___

**Arrest Date:** ___

[ ] Already in Federal Custody as of ___ in ___.
[ ] Already in State Custody at ___   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: ___ on ___

**Charging Document:**  [ ] Complaint   [ ] Information   [✓] Indictment
**Total # of Counts:**  [ ] Petty ___   [ ] Misdemeanor ___   [✓] Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/4/2025   Signature of AUSA: /s/ Ian J. Stearns

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Christophe Dong

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** I  **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. X  Case No. 24-cr-10200-RGS
Same Defendant ___  New Defendant X
Magistrate Judge Case Number ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10301-RGS  ☑ Yes  ☐ No

**Defendant Information:**
Defendant Name: Julien Liu   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: ___
Address: ___
Birth date (Yr only): 1990  SSN (last 4#): ___  Sex: M  Race: ___  Nationality: France

**Defense Counsel if known:** ___  Address: ___
Bar Number: ___

**U.S. Attorney Information**
AUSA: Ian J. Stearns  Bar Number if applicable: 693374

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: ___

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/4/2025   Signature of AUSA: /s/ Ian J. Stearns

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Julien Liu

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** I    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: X    Case No.: 24-cr-10200-RGS
- Same Defendant: ___    New Defendant: X
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: See below.
- R 20/R 40 from District of: ___

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10301-RGS    ☑ Yes ☐ No

Defendant Name: Patrick Chou    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 

Address: 

Birth date (Yr only): 1987    SSN (last 4#): ___    Sex: M    Race: ___    Nationality: France

**Defense Counsel if known:** ___    **Address:** ___

Bar Number: ___

**U.S. Attorney Information**

AUSA: Ian J. Stearns    Bar Number if applicable: 693374

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: ___ on ___

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/4/2025    Signature of AUSA: /s/ Ian J. Stearns

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Patrick Chou

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

◎JS 45  (5/97) - (Revised USAO MA 3/25/2011)

# Criminal Case Cover Sheet   U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** I  **Investigating Agency** FBI
**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf.  X   Case No. 24-cr-10200-RGS
Same Defendant ___   New Defendant  X
Magistrate Judge Case Number ___
Search Warrant Case Number  See below
R 20/R 40 from District of ___

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  23-cr-10301-RGS    ☑ Yes  ☐ No

Defendant Name: Cheuk Yue Lee    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: "Ryan"; "m100"
Address:
Birth date (Yr only): 1982   SSN (last 4#): ___   Sex: M   Race: ___   Nationality: Hong Kong

**Defense Counsel if known:** ___   Address: ___
Bar Number: ___

**U.S. Attorney Information**
AUSA: Ian J. Stearns    Bar Number if applicable: 693374

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of ___ in ___ .
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ___ on ___

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/4/2025    Signature of AUSA: /s/ Ian J. Stearns

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Cheuk Yue Lee a/k/a "Ryan"; "m100"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** I  **Investigating Agency** FBI
**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. X   Case No. 24-cr-10200-RGS
Same Defendant ___   New Defendant X
Magistrate Judge Case Number ___
Search Warrant Case Number  See below.
R 20/R 40 from District of ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10301-RGS  ☑ Yes  ☐ No

**Defendant Information:**
Defendant Name: Dev Ananth Durai   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No
Alias Name: "Devah"
Address:
Birth date (Yr only): 1986   SSN (last 4#): ___   Sex: M   Race: ___   Nationality: Singapore

**Defense Counsel if known:** ___   Address: ___
Bar Number: ___

**U.S. Attorney Information**
AUSA: Ian J. Stearns   Bar Number if applicable: 693374

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: ___

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ___ on ___

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/4/2025   Signature of AUSA: /s/ Ian J. Stearns

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Dev Ananth Durai a/k/a "Devah"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Numbers: 20-MJ-2220-MBB et seq., 20-MJ-2403-MBB et seq., 20-MJ-2454-MBB et seq., 20-MJ-2606 et seq., 21-MJ-2449-MBB et seq., 21-MJ-2682-MBB et seq., 22-MJ-2049-MBB et seq., 22-MJ-2331-MBB et seq., 23-MJ-2020-MBB et seq., 23-MJ-2046-MBB et seq., 23-MJ-2014-MBB et seq., 24-MJ-7137-JCB et seq., 24-MJ-7324-JCB et seq., 24-MJ-7439-JCB, 24-MJ-7562-JCB