UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|     ) | |
|     v.    ) | |
|     ) | No. 24-cr-10200-RGS-JCB |
| EAMMA SAFI    ) | |

## **MOTION FOR LAPTOP**

Mr. Eamma Safi, the defendant in the above-entitled action, respectfully requests that this Court issue an order, directing the Donald J. Wyatt Detention Facility to allow undersigned counsel to provide Mr. Safi with a laptop so he may more efficiently review the voluminous discovery in this case.

As grounds, Mr. Safi is currently held in pre-trial custody at the Wyatt detention facility in conjunction with this case. As the Court is aware, discovery in this case is voluminous, consisting of approximately 33 million bates-stamped pages and/or files. To date, Mr. Safi has utilized the discovery review computers available to pre-trial detainees at Wyatt Detention Center, to review the electronic discovery provided by defense counsel. However, given the significant amount of discovery and the limitations on time that defendants are allowed to utilize Wyatt's computers for discovery review,[1] Mr. Safi's ability to review discovery in this case is progressing at a considerably delayed pace.

Consistent with Mr. Safi's constitutional rights and due process, so that Mr. Safi may meaningfully review the discovery in this case and confer with counsel in as efficient and as timely a manner as possible, counsel for Mr. Safi requests an order from this Court, directing Wyatt to allow the office of the Federal Defender to provide a laptop to Mr. Safi, for the

---

[1] At present, Mr. Safi is afforded three (3) hours per week for discovery review at the Wyatt Detention Center.

purposes of discovery review. The provided laptop will only have discovery review capabilities enabled, and will be disabled of any other functions, including all internet function capabilities. The laptop will have no programs installed other than those necessary to facilitate Mr. Safi's review of the provided evidence.[2] When not in use by Mr. Safi, Wyatt will maintain custody and control of both the USB/external hard drives containing the electronic discovery and the laptop. Additionally, counsel for Mr. Safi requests that the Court order Wyatt to allow Mr. Safi up to 15 hours per week for discovery review on the provided laptop.[3]

Respectfully submitted,
Mr. Eamma Safi
By his attorneys,

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg
Cara McNamara
Federal Defenders Office
Boston, MA 02130
(617) 223.8061

Dated:   May 11, 2026

## CERTIFICATE OF SERVICE

I certify that on May 11, 2026, the foregoing document was filed electronically with the Clerk of the Court using the ECF system, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg

---

[2]     Given the voluminous nature of the discovery, it is not possible to 'pre-load' the laptop with the discovery in Mr. Safi's case. However, use of the laptop will enable Mr. Safi to review the discovery which has already been provided to Mr. Safi on external hard drives (and which counsel for Mr. Safi continues to provide to Mr. Safi on external hard drives) and which are currently already in Wyatt's custody and control.

[3]     Counsel for Mr. Safi has conferred with legal counsel for the Wyatt Detention Facility and confirms the proposed parameters for the laptop (and hours it will be available to Mr. Safi for discovery review) are workable with the facility.