
EUROPÄISCHE UNION
BUNDESREPUBLIK
DEUTSCHLAND
REISEPASS

**EUROPÄISCHE UNION**
ЕВРОПЕЙСКИ СЪЮЗ/UNIÓN EUROPEA/EVROPSKÁ UNIE/
DEN EUROPÆISKE UNION/EUROOPA LIIT/
ΕΥΡΩΠΑΪΚΗ ΕΝΩΣΗ/EUROPEAN UNION/
UNION EUROPÉENNE/AN tAONTAS EORPACH/
EUROPSKA UNIJA/UNIONE EUROPEA/EIROPAS SAVIENĪBA/
EUROPOS SĄJUNGA/EURÓPAI UNIÓ/
UNJONI EWROPEA/EUROPESE UNIE/
UNIA EUROPEJSKA/UNIÃO EUROPEIA/
UNIUNEA EUROPEANĂ/EURÓPSKA ÚNIA/
EVROPSKA UNIJA/EUROOPAN UNIONI/
EUROPEISKA UNIONEN

**BUNDESREPUBLIK DEUTSCHLAND**
ФЕДЕРАЛНА РЕПУБЛИКА ГЕРМАНИЯ/REPÚBLICA FEDERAL
DE ALEMANIA/SPOLKOVÁ REPUBLIKA NĚMECKO/
FORBUNDSREPUBLIKKEN TYSKLAND/SAKSAMAA LIITVABARIIK/
ΟΜΟΣΠΟΝΔΙΑΚΗ ΔΗΜΟΚΡΑΤΙΑ ΤΗΣ ΓΕΡΜΑΝΙΑΣ/
FEDERAL REPUBLIC OF GERMANY/RÉPUBLIQUE FÉDÉRALE
D'ALLEMAGNE/POBLACHT CHÓNAIDHME NA GEARMÁINE/
SAVEZNA REPUBLIKA NJEMAČKA/REPUBBLICA FEDERALE
DI GERMANIA/VĀCIJAS FEDERATĪVĀ REPUBLIKA/VOKIETIJOS
FEDERACINĖ RESPUBLIKA/NÉMETORSZÁGI SZÖVETSÉGI
KÖZTÁRSASÁG/ REPUBBLIKA FEDERALI TAL-ĠERMANJA/
BONDSREPUBLIEK DUITSLAND/REPUBLIKA FEDERALNA NIEMIEC/
REPÚBLICA FEDERAL DA ALEMANHA/REPUBLICA FEDERALĂ
GERMANIA/SPOLKOVÁ REPUBLIKA NEMECKO/ZVEZNA
REPUBLIKA NEMČIJA/SAKSAN LIITTOTASAVALTA/
FÖRBUNDSREPUBLIKEN TYSKLAND

**REISEPASS**
ПАСПОРТ/PASAPORTE/CESTOVNÍ PAS/
PAS/PASS/ΔΙΑΒΑΤΗΡΙΟ/PASSPORT/PASSEPORT/PAS/PUTOVNICA/
PASSAPORTO/PASE/PASAS/ÚTLEVÉL/PASSAPORT/PASPOORT/
PASZPORT/PASSAPORTE/PAŞAPORT/CESTOVNÝ PAS/
POTNI LIST/PASSI/PASS



Typ/Type/Type: P
Kode/Code/Code: D
Pass-Nr./Passport No./Passeport N°: [redacted]

1 Name/Surname/Nom: SAFI

2 Vornamen/Given names/Prénoms: EAMMA

3 Staatsangehörigkeit/Nationality/Nationalité: DEUTSCH

4 Geburtstag/Date of birth/Date de naissance: [redacted]

5. Geschlecht/Sex/Sexe: M

6. Geburtsort/Place of birth/Lieu de naissance: MÜNCHEN

7. Ausstellungsdatum/Date of issue/Date de délivrance: 06.06.2016

8. Gültig bis/Date of expiry/Date d'expiration: 05.06.2026

9. Behörde/Authority/Autorité: STADT UNTERSCHLEIßHEIM

10 Unterschrift der Inhaberin/des Inhabers/Signature of bearer/Signature de la titulaire/du titulaire

P<D<<SAFI<<EAMMA<<<<<<<<<<<<<<<<<<<<<<<<<<<<

CF9VZ2T5G6D<<8704278M2606059<<<<<<<<<<<<<<<0

11. Wohnort/Residence/Domicile

~~UNTERSCHLEIßHEIM~~

GENERALKONSULAT DER BUNDESREPUBLIK DEUTSCHLAND DUBAI 6

Dubai

11. Wohnort/Residence/Domicile

11. Wohnort/Residence/Domicile

12. Größe/Height/Taille

188 cm

13. Augenfarbe/Colour of eyes/Couleur des yeux

BRAUN

14. Ordens- oder Künstlername/
Religious name or pseudonym/Nom de religion ou pseudonyme

CF9VZ2T5G

Amtliche Vermerke/
Служебни бележки/Página reservada a las autoridades competentes para expedir el pasaporte/Úřední záznamy/Forbeholdt de pasudstedende myndigheder/Märkused/Προορίζεται για τις αρχές που είναι αρμόδιες για την έκδοση του διαβατηρίου/Page reserved for issuing authorities/Page réservée aux autorités compétentes pour délivrer le passeport/Tagairtí riarthacha/Službene bilješke/Pagina riservata all'autorità/Izdevējiestādes atzīmes/Kiti įrašai/Hatósági bejegyzések/Paġna riżervata għall-awtoritajiet li joħorġu/Opmerkingen van de bevoegde instanties/Strona zarezerwowana na wpisy urzędowe/Página reservada às autoridades competentes para a emissão do passaporte/Menţiuni ale autorităţilor/Úradné záznamy/Uradni zaznamki/Viralliset huomautukset/Officiella anmärkningar

Länder, für die dieser Pass gilt / Countries for which this passport is valid / Pays pour lesquels ce passeport est valable

**Für alle Länder / For all countries / Pour tous pays**

Ausgestellt (Ort)/Issued at/Délivré à

UNTERSCHLEIßHEIM

Datum/Date/Date

06. JUNI 2016

Stadt Unterschleißheim · Bayern ·

IM AUFTRAG

Unterschrift/Signature/Signature

2

Amtliche Vermerke/Official remarks/Observations officielles

3

1. Name/Фамилия/Apellidos/Příjmení/Efternavn/Perekonnanimi/Επώνυμο/Surname/Nom/Sloinne/Prezime/Cognome/Uzvārds/Pavardė/Családi név/Kunjom/Naam/Nazwisko/Apelido/Numele/Priezvisko/Priimek/Sukunimi/Efternamn
2. Vornamen/Имена/Nombre/Jména/Fornavn/Eesnimed/Ονόματα/Given names/Prénoms/Réamhainmneacha/Imena/Nomi/Vārdi/Vardai/Utónevek/Isem/Voornamen/Imiona/Nome próprio/Prenumele/Meno/Ime/Etunimet/Förnamn
3. Staatsangehörigkeit/Гражданство/Nacionalidad/Státní příslušnost/Nationalitet/Kodakondsus/Ιθαγένεια/Nationality/Nationalité/Náisiúntacht/Državljanstvo/Cittadinanza/Pilsonība/Pilietybė/Állampolgárság/Cittadinanza/Nationaliteit/Obywatelstwo/Nacionalidade/Cetăţenia/Štátna príslušnosť/Državljanstvo/Kansalaisuus/Medborgarskap
4. Geburtstag/Дата на раждане/Fecha de nacimiento/Datum narození/Fødselsdato/Sünniaeg/Ημερομηνία γέννησης/Date of birth/Date de naissance/Dáta breithe/Datum rođenja/Data di nascita/Dzimšanas datums/Gimimo data/Születés dátuma/Data tat-twelid/Geboortedatum/Data urodzenia/Data de nascimento/Data naşterii/Dátum narodenia/Rojstni datum/ Syntymäaika/Födelsedatum
5. Geschlecht/Пол/Sexo/Pohlaví/Køn/Sugu/Φύλο/Sex/Sexe/Gnéas/Spol/Sesso/Dzimums/Lytis/Neme/Sess/Geslacht/Płeć/Sexo/Sexul/Pohlavie/Spol/Sukupuoli/Kön
6. Geburtsort/Място на раждане/Lugar de nacimiento/Místo narození/Fødested/Sünnikoht/Τόπος γέννησης/Place of birth/Lieu de naissance/Áit bhreithe/Mjesto rođenja/Luogo di nascita/Dzimšanas vieta/Gimimo vieta/Születési hely/Post tat-twelid/Geboorteplaats/Miejsce urodzenia/Local de nascimento/Locul naşterii/Miesto narodenia/Rojstni kraj/Syntymäpaikka/Födelseort
7. Ausstellungsdatum/Дата на издаване/Fecha de expedición/Datum vydání/Udstedelsesdato/Välja antud/Ημερομηνία έκδοσης/Date of issue/Date de délivrance/Dáta eisiúna/Datum izdavanja/Data di rilascio/Izdošanas datums/Išdavimo data/Kiállítás dátuma/Data tal-ħruġ/Datum van afgifte/Data wydania/Data de emissão/Data emiterii documentului/Dátum vydania/Datum izdaje/Myönnetty/Datum för utfärdande
8. Gültig bis/Валидност/Fecha de caducidad/Platnost do/Udløbsdato/Kehtiv kuni/Ημερομηνία λήξης/Date of expiry/Date d'expiration/Ás feidhm/Datum isteka valjanosti/Data di scadenza/Derīga līdz/Galioja iki/Érvényesség ideje/Data ta' l-għeluq/Datum waarop het paspoort verloopt/Data upływu terminu ważności/Válido até/Valabil până la data de/Dátum platnosti/Velja do/Viimeinen voimassaolopäivä/Sista giltighetsdatum
9. Behörde/Издаден от/Autoridad/Pas vydal/Myndighed/Väljaandja/Αρχή/Authority/Autorité/Údarás/Izdana od/Autorità/Izdevējiestāde/Pasą išdavė/Kiállító hatóság/Awtorità/Instantie/Organ wydający/Autoridade/Autoritatea emitentă/Pas vydal/Pristojni organ/Viranomainen/Utfärdande myndighet
10. Unterschrift der Inhaberin/des Inhabers/Подпис на притежателя/Firma de la/del titular/Podpis držitelky/držitele/Indehaverens underskrift/Omaniku allkiri/Υπογραφή της κατόχου/του κατόχου/Signature of bearer/Signature du titulaire/Síniú an tSealbhóra/Vlastoruční potpis/Firma della/del titolare/Īpašnieces/īpašnieka paraksts/Asmens parašas/Az útlevél tulajdonosának aláírása/Firma ta' min inħariġlu l-passaport/Handtekening van de houder/houdster/Podpis posiadacza dokumentu/Assinatura da/do titular/Semnatura titularului/Podpis držiteľa pasu/Podpis imetnice/imetnika/Haltijan allekirjoitus/Innehavarens namnteckning
11. Wohnort/Място на живеене/Domicilio/Bydliště/Bopæl/Elukoht/Κατοικία/Residence/Domicile/Áit chónaithe/Prebivalište/Residenza/Dzīvesvieta/Gyvenamoji vieta/Lakóhely/Residenza/Woonplaats/Miejsce zamieszkania/Domicílio/Domiciliul/Bydlisko/Prebivališče/Kotipaikka/Hemort
12. Größe/Ръст/Estatura/Výška/Højde/Pikkus/Ύψος/Height/Taille/Airde/Visina/Statura/Augums/Ūgis/Magasság/Tul/Lengte/Wzrost/Altura/Inaltimea/Výška/Velikost/Pituus/Längd
13. Augenfarbe/Цвят на очите/Color de los ojos/Barva očí/Øjenfarve/Silmade värv/Χρώμα ματιών/Colour of eyes/Couleur des yeux/Dath na súl/Boja očiju/Colore degli occhi/Acu krāsa/Akių spalva/Szemszín/Lewn l-għajnejn/Kleur van de ogen/Kolor oczu/Cor dos olhos/Culoarea ochilor/Farba očí/Barva oči/Silmien väri/Ögonfärg
14. Ordens- oder Künstlername/Религиозно име или псевдоним/Nombre de religión o seudónimo/Řádové nebo umělecké jméno/Klosternavn eller pseudonym/Vaimulik või kunstnikunimi/Όνομα μοναχού ή καλλιτεχνικό ψευδώνυμο/Religious name or pseudonym/Nom de religion ou pseudonyme/Ainm crábhaidh nó ainm bréige/Vjerski ili umjetnički pseudonim/Nome di religione o pseudonimo/Pseidonīms vai tituls/Religinis vardas arba pseudonimas/Egyházi név, művésznév/Isem reliġjuż jew isem li bih hu/hi magħruf/a/Kloosternaam of pseudoniem/Godność religijna lub pseudonim artystyczny/Nome religioso ou pseudónimo/Numele religios sau pseudonimul/Rádové alebo umelecké meno/Cerkveni naziv/umetniško ime/Kirkollinen nimi tai taiteilijanimi/Ordensnamn eller pseudonym


Sichtvermerke/Visas/Visas
25 NOV 2019
DEPARTMENT OF HOMELAND SECURITY • U.S. CUSTOMS AND BORDER PROTECTION
ADMITTED
LAX
DEC 02 2019
WT/WB
FEB 29 2020
6318
РЭСПУБЛІКА БЕЛАРУСЬ
28615
26 JAN 2020
28615 ENTRY
NOV 13 2019
6
Sichtvermerke/Visas/Visas
28127
26 JUN 2023
28127 ENTRY
26372
17 MAY 2021
26372 EXIT
28291 ENTRY
30 JUL 2023
TÜRKİYE CUMHURİYETİ
İSTANBUL
26.12.20 22
34.3.03
22.12.20
7


ВІЗА VISA
BLR 6384951
ПРОЗВІШЧА, ІМЯ SURNAME, NAME SAFI EAMMA
САПРАЎДНАЯ З VALID FROM 27.11.16
ДА UNTIL 04.12.16
КОЛЬКАСЦЬ УЕЗДАЎ NUMBER OF ENTRIES 1
ТЭРМІН ЗНАХОДЖАННЯ DURATION OF STAY 008 ДЗЕН DAYS
МЕСЦА ВЫДАЧЫ ISSUED IN FRA1
ПАШПАРТ № PASSPORT № CF9VZ2T5G
ДАТА ВЫДАЧЫ DATE OF ISSUE 20.10.16
РАЗАМ ЕДУЦЬ ACCOMPANIED BY XXX
ТЫП ВІЗЫ TYPE OF VISA C
ДАДАТКОВЫЯ ЗВЕСТКІ REMARKS EUR60,00 КАПІТАН
Дзелавыя стасункі
РЭСПУБЛІКА БЕЛАРУСЬ
B<FRASAFI<<EAMMA<<<<<<<<<<<<<<<<<<<<<<<<<<<<
6384951<<6D<<8704278M1612044<<<<<<<<<<<<<<<<
8
Sichtvermerke/Visas/Visas
UAE
26 OCT 2023
28204
EXIT
NATIONAL DAY 93
ENTRY
9
CF9VZZT5G



ВІЗА VISA BLR 6385552

ПРОЗВІШЧА, ІМЯ SURNAME, NAME SAFI EAMMA

САПРАЎДНАЯ З VALID FROM 18.12.16 ДА UNTIL 28.12.16

КОЛЬКАСЦЬ УЕЗДАЎ NUMBER OF ENTRIES 1

ТЭРМІН ЗНАХОДЖАННЯ DURATION OF STAY 011 ДЗЁН DAYS

МЕСЦА ВЫДАЧЫ ISSUED IN FRA1

ДАТА ВЫДАЧЫ DATE OF ISSUE 07.12.16

ПАШПАРТ № PASSPORT № CF9VZ2T5G

ТЫП ВІЗЫ TYPE OF VISA C

РАЗАМ ЕДУЦЬ ACCOMPANIED BY XXX

ДАДАТКОВЫЯ ЗВЕСТКІ REMARKS EUR60,00 КАПІТАН

РЭСПУБЛІКА БЕЛАРУСЬ прыватная

B<FRASAFI<<EAMMA<<<<<<<<<<<<<<<<<<<<<<<<<<<<

6385552<<8D<<8704278M1612284<<<<<<<<

10

Sichtvermerke/Visas/Visas



11


Sichtvermerke/Visas/Visas
UNITED ARAB EMIRATES
RESIDENCE
DUBAI
Place of Issue
Accompanied by
U.I.D. No
File
Passport No
EAMMA SAFI
Name
CHIEF EXECUTIVE OFFICER
Profession
EMALLATES.COM FZE
Sponsor
2017/06/21
Issue Date
2020/06/20
Expiry Date
CANCELLED
Residence Permit becomes invalid if bearer resides out of the U.A.E. for more than six months.
Sign.
12
Sichtvermerke/Visas/Visas
26787
16 NOV 2020
26787 ENTRY
EXIT 28574
15 APR 2020
28574
28168
10 JUL 2020
28168 EXIT
ENTRY 28779
20 JUN 2020
28779
13


Sichtvermerke/Visas/Visas
TÜRKİYE CUMHURİYETİ
S.GÖKÇEN
34 3.02
İPTAL
İstanbul
S.Gökçen Hv.Lim.
CANCELLED
28293
17 MAR 2020
UAe
28293
ENTRY
28127
04 MAR 2024
UAe
28127
ENTRY
14
Sichtvermerke/Visas/Visas
TÜRKİYE CUMHURİYETİ
S.GÖKÇEN
34.3.02
İSTANBUL
28054
26 MAY 2022
UAe
28054
EXIT
TÜRKİYE CUMHURİYETİ
S.GÖKÇEN
34.3.02
15


Sichtvermerke/Visas/Visas
دولة الإمارات العربية المتحدة
UNITED ARAB EMIRATES
RESIDENCE
إقامة
تجديد إقامة
U.I.D. No [redacted]
File 201/2014/7112931
Passport No [redacted]
Name EAMMA SAFI
Profession CHIEF EXECUTIVE OFFICER
Sponsor EMALLATES.COM FZE
Issue Date 2020/06/28
Place of Issue DUBAI
Accompanied by
Expiry Date 2023/06/27
Sign.
Residence Permit becomes invalid if bearer resides out of the U.A.E. for more than six months.
16
Sichtvermerke/Visas/Visas
ENTRY 28803 18 OCT 2020
28483 30 MAR 2023
ENTRY 28185 15 SEP 2020
28160 24 MAR 2023 EXIT
17


Sichtvermerke/Visas/Visas
28508
20 APR 2023
28508
EXIT
28239
02 MAY 2023
28239
ENTRY
20540
19 MAR 2024
20540
EXIT
28302
18 DEC 2020
28302
EXIT
18
Sichtvermerke/Visas/Visas
4751571144
ENTRY
ATATÜRK
14.06.24 80
34.3.01
MALAYSIA
KL INTERNATIONAL
IMMIGRATION
28 OCT 2023
EXIT
MALAYSIA IMMIGRATION
KL INTERNATIONAL
VISIT PASS
Reg. 11, Imm. Regs. 63
27 OCT 2023
Permitted to enter and remain in West Malaysia and Sabah for ninety (90) days on social visit only from the date shown above.
19


Sichtvermerke/Visas/Visas
签证
VISA
中华人民共和国
People's Republic of China
种类/Category
M
签发日期/Issue Date
14JUL2023
有效期至/Expiry Date
14OCT2023
入境次数/Entries
01
停留天数/Duration of Stay
030
签发地点/Place of Issue
迪拜
姓名/Full Name
EAMMA SAFI
性别/Sex
M
出生日期/Birth Date
27APR1987
护照号码/Passport Number
CF9VZ2T5G
备注/Remarks
AD938554
VMCHNSAFI<<EAMMA<<<<<<<<<<<<<<<<<<<<<<<<<<
CF9VZ2T5G6DEU8704278M2310141JKOUAREBADK46Y02
20
Sichtvermerke/Visas/Visas
IMMIGRATION INDIA
D-091
22 MAR 2024
DEPARTURE
GOA AIRPORT, DABOLIM
21


Sichtvermerke/Visas/Visas
IMMIGRATION THAILAND
SUVARNABHUMI AIRPORT
VISACLASS
ADMITTED
28 MAR 2024
UNTIL
26 APR 2024
SIGNED
IMMIGRATION THAILAND
DEPARTED
31 MAR 2024
SIGNED
SUVARNABHUMI AIRPORT
22
Sichtvermerke/Visas/Visas
BUREAU OF IMMIGRATION INDIA
e-Visa
Visa No 900D04F70
Visa Issue Date 20 MAR 2024
Visa Expiry Date 18 APRIL 2024
ENTRIES PERMITTED: SINGLE / DOUBLE / MULTIPLE
Each Stay not to exceed 90 / 180 days
Entries availed 1st 2nd 3rd
DABOLIM AIRPORT GOA
IMMIGRATION INDIA
A-099
20 MAR 2024
ARRIVAL
GOA, AIRPORT, DABOLIM
23


Sichtvermerke/Visas/Visas
24
Sichtvermerke/Visas/Visas
U.S. DEPARTMENT OF HOMELAND SECURITY
PAROLED
Until 28 Feb 2025
Purpose:
CP
18013
18013
26 Feb 2025 BOS 2493
(Date) (Location) (Officer)
U.S. DEPARTMENT OF HOMELAND SECURITY
25


Sichtvermerke/Visas/Visas

26

Sichtvermerke/Visas/Visas

27



Sichtvermerke/Visas/Visas

28

Sichtvermerke/Visas/Visas

29


Sichtvermerke/Visas/Visas
30
Sichtvermerke/Visas/Visas
31


Sichtvermerke/Visas/Visas
32
Sichtvermerke/Visas/Visas
33


Sichtvermerke/Visas/Visas

34

Sichtvermerke/Visas/Visas

35

Sichtvermerke/Visas/Visas



Sichtvermerke/Visas/Visas


Sichtvermerke/Visas/Visas
38
Sichtvermerke/Visas/Visas
39


Sichtvermerke/Visas/Visas
40
Sichtvermerke/Visas/Visas
41



Sichtvermerke/Visas/Visas

42

Sichtvermerke/Visas/Visas

43


Sichtvermerke/Visas/Visas
Sichtvermerke/Visas/Visas
44
45


Sichtvermerke/Visas/Visas
Sichtvermerke/Visas/Visas
EXIT
РЭСПУБЛІКА БЕЛАРУСЬ
МІНСК
РЭСПУБЛІКА БЕЛАРУСЬ
МІНСК
РЭСПУБЛІКА БЕЛАРУСЬ
МІНСК
РЭСПУБЛІКА БЕЛАРУСЬ
Subject to Reg. 12 (7)
Immigration Regulations
06 FEB 2020
46
47



Sichtvermerke/Visas/Visas

УКРАЇНА
480
29 11 16 02
Бориспіль 320100

УКРАЇНА
394
29 11 16 02
Бориспіль 320100

Dieser Pass enthält 48 nummerierte Seiten
Този паспорт съдържа 48 номерирани страници
Este pasaporte contiene 48 páginas numeradas
Tento pas má 48 stran
Dette pas består af 48 nummererede sider
Passis on 48 lehekülge
Το διαβατήριο αυτό περιέχει 48 αριθμημένες σελίδες
This passport contains 48 numbered pages
Ce passeport contient 48 pages numérotées
Tá 48 leathanach uimhrithe sa phas seo
Ova putovnica sadrži 48 brojem označenih stranica
Il presente passaporto contiene 48 pagine numerate
Šajā pasē ir 48 lappuses
Šiame pase 48 numeruoti puslapiai
Az útlevél 48 oldalt tartalmaz
Dan il-passaport fih 48 pagna
Dit paspoort bevat 48 genummerde bladzijden
Paszport zawiera 48 stron
Este passaporte contém 48 páginas numeradas
Prezentul paşaport conţine 48 file numerotate
Tento pas má 48 strán
Ta potni list vsebuje 48 strani
Tämä passi sisältää 48 numeroitua sivua
Detta pass innehåller 48 numrerade sidor

48

Dieser Reisepass enthält sensible Elektronik und sollte mit der gleichen Sorgfalt behandelt werden wie andere elektronische Geräte. Zur Erhaltung der Funktionalität insbesondere daher bitte nicht biegen, perforieren oder extremen Temperaturen oder extremer Feuchtigkeit aussetzen.

This passport contains sensitive electronic technology and should be handled with the same care as other electronic devices. To ensure that it functions properly, please do not bend, perforate or subject it to extreme temperatures or excessive moisture.

Ce passeport contient des éléments électroniques sensibles et doit par conséquent être traité avec autant de soin que tout appareil électronique. Afin de préserver sa fonctionnalité, prière notamment de ne pas le plier, le perforer ou l'exposer à des températures extrêmes ou une humidité extrême.

**Dieser Reisepass ist Eigentum der Bundesrepublik Deutschland**

**This passport is the property of the Federal Republic of Germany**

**Ce passeport est propriété de la République fédérale d'Allemagne**

BUNDESDRUCKEREI - 11/14

