
nomo
debit
RAKBANK
titanium debit
EAMMA SAFI
بنك دبي التجاري
Commercial Bank of Dubai
world
5498
Month / Year
VALID THRU 02/28
EAMMA SAFI
بنك دبي التجاري
Commercial Bank of Dubai
VALID THRU 04/29
EAMMA SAFI
VISA
Platinum
VISA
Platinum Business
Kreissparkasse
München Starnberg Ebersberg
maestro
girocard
EAMMA SAFI
IBAN
(BLZ)
(Konto-Nr.)
Gültig bis
DE56 7025
12/24
مصرف أبوظبي الإسلامي
ADIB
VALID THRU 06/26
VISA
Debit
EAMMA SAFI


Contact us in app or call +44 (0) 203 9910 400
610
EXPIRY
08/28
Eamma Safi
debit
www.blme.com
Made from 85.5% recycled plastic


EAMMA SAFI
VALID THRU
10/28
CVC
435
www.rakbank.ae
ICA 8687 USP 8076 07/23


Customer service: 600 575 556 within UAE & +971 600 575 556 from outside UAE
www.cbd.ae
Authorized Signature - Not Valid Unless Signed
943
The card is the property of Commercial Bank of Dubai and must be returned on request. If found, cut in half and mail to P.O. Box 2668, Dubai U.A.E.
IDEMIA 8 1414564E 04/22 ICA11586


24-hour customer service call +971 600 575 556
301
The use of this card is restricted to the authorized holder and is governed by the conditions set forth when issued. The card is the property of Commercial Bank of Dubai and must be returned on request. If found, cut in half and mail to P.O. Box 2668, Dubai U.A.E.


EAMMA SAFI
EMALLATESCOM FZE
10/28
932
EXP. DATE
SECURITY CODE
Use of card subject to cardholder agreement. Any queries get in touch via the Wio app.


Sperr-Notruf: +49 116 116
Karten-Nr.:
BIC: BYLADEM1KM
Bankleitzahl 702 501 50
www.kskmse.de
girogo
GeldKarte
EUFISERV


24hr customer service: call 600 543216 or (+971) 2 6100600 from outside U.A.E
AUTHORIZED SIGNATURE
التوقيع المعتمد
THALES SGP U1176371A 0121
981
This card is the property of Abu Dhabi Islamic Bank. It is to be used by the authorised holder only in accordance with the conditions of use. If found, please return it to any Abu Dhabi Islamic Bank branch, P.O. Box 34613, Abu Dhabi, U.A.E.
adib.ae
PLUS


IDEMIA 8 1882499B 01/24
Need help? call +971 600 575 556
AUTHORIZED SIGNATURE - NOT VALID UNLESS SIGNED
467
This card is issued by Commercial Bank of Dubai pursuant to
EXP. DATE
06/29
EAMMA SAFI
بنك دبي التجاري
Commercial Bank of Dubai


DEBIT
mashreq
AL ISLAMI
المشرق
الإسلامي
VALID THRU
01/27
EAMMA SAFI
019120075568
VISA
Platinum


wio
mastercard


DEBIT
mashreq
neo biz
VALID THRU
09/28
EAMMA SAFI
VISA
Business


Booking.com
مصرف أبوظبي الإسلامي
ADIB
EAMMA SAFI
VISA
Signature


RAKBANK
world
EAMMA SAFI


Mashreq Al Islami Line (+971 4) 424 4411
AUTHORIZED SIGNATURE - NOT VALID UNLESS SIGNED
548
This card may only be used by the authorized cardholder in accordance with Mashreq Al Islami terms and conditions of use. The card remains the property of Mashreqbank psc and if found, it should be returned to any Mashreq branch or mailed to Mashreq Card Center, PO Box 1250, Dubai, U.A.E.
www.mashreqalislami.com
Cash & Purchase Card
PLUS
CWT 1730011D 10/21 IDEMIA
This card may be used globally at ATM's displaying the following logo


03/23 AUSTRIACARD 49739/000
-amma Safi
Use of card subject to cardholder agreement.
Any queries get in touch via the Wio app.


Call Mashreq NEOBiz on +971 4 424 4550
IDEMIA 8 1694704D 11/22
AUTHORISED SIGNATURE NOT VALID UNLESS SIGNED
181
www.mashreqneobiz.com


24hr customer service: call 600 543216 or (+971) 2 6100600 from outside U.A.E
AUTHORISED SIGNATURE التوقيع المعتمد
883
please return it to any Abu Dhabi Islamic Bank branch, P.O. Box 34613, Abu Dhabi, U.A.E.
adib.ae
PLUS
THALES SGP U1133368C 0222


For Customer Service: within UAE call 800 40 48, from outside UAE call +971 4 213 00 00
VALID THRU 10/28
CVC 291
www.rakbank.ae
ICA 8687 USP7919 04/23